IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

        v.                          :   Criminal No. 17-CR-391-03

JAMES HICKEY                        :

**PRAECIPE TO SATISFY FINANCIAL JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

        WILLIAM M. McSWAIN
        United States Attorney

        */s/ Lauren R. Baer*
        LAUREN R. BAER
        Assistant United States Attorney
        Pennsylvania Bar Id. No. 307042
        615 Chestnut Street
        Suite 1250
        Philadelphia, PA 19106-4476
        (215) 861-8200

Date: 6/13/18